UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH B. GASKINS,<br>　　　　Plaintiff,<br>　　v.<br>ANTERO RESOURCES CORPORATION,<br>　　　　Defendant. | Case No. 14-cv-05489-JST (PR)<br><br>**ORDER OF DISMISSAL** |

On December 16, 2014, plaintiff Joseph Gaskins, an inmate at Salinas Valley State Prison, filed a document captioned as a pro se petition for writ of habeas corpus. The pleading, however, did not challenge his conviction or sentence, but rather, alleged a right to proceeds from real property in West Virginia being leased by defendant Antero Resources Corporation. On February 2, 2015, this Court dismissed the complaint with leave to amend for plaintiff to demonstrate that the Court has either federal question or diversity jurisdiction over his complaint, which appeared only to plead state law causes of action. Specifically, the Court understood plaintiff to be asserting a state law claim as a beneficiary of the estate of his deceased father.

The Court warned plaintiff that a failure to file an amended complaint within thirty days would result in dismissal of this action. More than thirty days have passed, and plaintiff has not filed an amended complaint.

Plaintiff has filed various letters clarifying that the action does not involve a will or estate. The Court cannot consider as part of plaintiff's pleadings in this matter any information sent to the Court in a letter or any other document that is not a pleading signed under penalty of perjury. In

any event, the letters do not cure the pleading deficiencies identified in the Court's February 2, 2015 order of dismissal with leave to amend.[1]

Accordingly, this case is DISMISSED without prejudice.  The Clerk shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: March 17, 2015



_____
JON S. TIGAR
United States District Judge

---

[1] Although plaintiff asserts diversity jurisdiction by way of a civil cover sheet (see dkt. no. 14 at 4), he fails to plead a matter in controversy exceeding $75,000.

2